

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGLO AMERICAN SMALL ARMS, LTD. | * | |
| | * | |
| | * | |
| v. | * | Civil No. JFM-00-1869 |
| | * | |
| PAUL LEITNER-WISE | * | |
| | ***** | |

MEMORANDUM AND ORDER

Counsel for plaintiff have provided this court with a status report by a letter dated August 29, 2000 (a copy of which is attached hereto) in which he states that (1) defendant is a British citizen who travels extensively throughout the United States; (2) plaintiff has been unable to locate and serve defendant; (3) plaintiff intends to request that the summons for defendant be reissued; (4) plaintiff wishes to pursue this action; but (5) counsel anticipates that this action "is likely to remain somewhat inactive given the present circumstances."

Accordingly, it is, this 20th day of September 2000,

ORDERED

1. This action be administratively closed;

2. If plaintiff requests the reissuance of the summons for defendant the request be granted despite the fact that this action has been administratively closed; and

3. This action will be reopened in the event that defendant is served.

J. Frederick Motz
United States District Judge